1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendant
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 MANPREET SINGH,                    CASE NO. 1:24-CV-00081 JLT-BAM

12                 Plaintiff,          STIPULATION AND [PROPOSED] ORDER FOR
                                       FIRST EXTENSION OF TIME
        v.
13
   USCIS, ET AL.,
14
                   Defendant.
15

16

17

18

19

20     The Defendants respectfully request a first extension of time in which to respond to the

21 complaint, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship

22 and Immigration Services ("USCIS") has improperly denied his application for an Employment

23 Authorization Document ("EAD"). The parties are engaged in settlement negotiations and anticipate

24 that they will soon be able to resolve this litigation.

25 ///

26 ///

27 ///

28 ///

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is May 29, 2024.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  April 29, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ ROBERT BRADFORD JOBE
ROBERT BRADFORD JOBE
Counsel for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation and good cause appearing, Defendant shall file an answer or other dispositive pleading on or before **May 29, 2024.**

IT IS SO ORDERED.

Dated:   **April 30, 2024**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE